IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
CLARKSBURG

FILED

JUN 3 0 2022

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

UNITED STATES OF AMERICA,

Plaintiff,

v.

CRIMINAL CASE No. 1:20-CR-81
(JUDGE KLEEH  )

BRUCE HENRY SMITH

Defendant.

## WAIVER OF BOND REVOCATION HEARING

I, Defendant _Bruce Smith_, understand that I have been charged with violating the conditions of my pretrial bond. I have consulted with my attorney and have been advised by the Court of my right to a bond revocation hearing, until July 8. Fully understanding, I do not contest the charges in the petition. I hereby waive my right to a bond revocation hearing in this matter and agree to be detained pending trial.

_____
Signature of Defendant

_____
Signature of Defendant's Attorney

6-30-2022
**Date**